**Bruce E. Disenhouse (SBN 078760)**
Bruce@DisenhouseLaw.net
**J. Pat Ferraris (SBN 267223)**
JPat@DisenhouseLaw.net
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendants COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA VANDENBURG; JOHN VANDENBURG,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; DOES 1-20,<br><br>  Defendants,<br>_____ | **CASE NO.: EDCV-15-720-R**<br><br>**JUDGMENT** |

    This action came on for hearing before the Court on February 16, 2016, the Honorable Judge Manuel L. Real, District Judge Presiding, on Defendant's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered.

/ / /

/ / /

/ / /

/ / /

/ / /

1    IT IS ORDERED AND ADJUDGED that the Plaintiff, CLAUDIA
2 VANDENBURG and JOHN VANDENBURG take nothing, that judgment be
3 entered in favor of Defendant, COUNTY OF RIVERSIDE, and that said Defendant
4 recover its costs.

7 DATED: March 21, 2016          _____
8                                 HONORABLE JUDGE MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE